LEAVITT MERSEREAU, Appellant, v. WILLIAM SIMON, Respondent.— Order dismissing the plaintiff's complaint for failure to state a cause of action reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs; defendant to have ten days to serve his answer after the entry of the order hereon. Assuming the allegations of the complaint to be true, it states a cause of action. (*Dunn* v. *Chambers*, 4 Barb. 376; *Roux* v. *Rothschild*, 37 Misc. 435; *Schwarz* v. *Reznick*, 257 Ill. 479; 100 N. E. 900.) Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. REUBEN GLASSMAN, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL HERMAN, Appellant.— Appeals from judgments of the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], convicting each defendant of a violation of section 1897 of the Penal Law, carrying weapons with intent to use them against the person of another, and sentencing each of them to thirty days in the workhouse. Judgments reversed on the law, information dismissed and defendants discharged. The evidence does not establish beyond a reasonable doubt that the defendants carried the icepicks, screwdriver, razor and vegetable knife with intent to use them against the person of another. We assume, without deciding, that some of the tools enumerated, such as icepicks, screwdriver and vegetable knife, are dangerous weapons within the meaning of section 1897 of the Penal Law. Lazansky, P. J., Hagarty, Carswell and Johnston, JJ., concur; Davis, J., dissents and votes to affirm.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SEVERIN WINTER-SCHEIDT, Appellant.— Judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], convicting defendant of the crimes of endangering the morals of a minor, assault in the third degree, and exposure of person, unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD H. DAVIS, Respondent, v. HALSEY J. MUNSON, Assessor of the Town of Rye, WILLIAM N. EDWARDS and Others, Constituting the Board of Review and Determination for Said Town of Rye, Appellants. THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD H. DAVIS, Respondent, v. LIVINGSTON PLATT and Others, Constituting the Board of Trustees for the Village of Rye, and WILLIAM A. P. PHIPPS, Assessor of Said Village, Appellants.— Relator brought two certiorari proceedings to review tax assessments against real property. The appeals are from an order granting relator's motion to have both proceedings tried together, without consolidation. Order affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ., concur.

MEYER SCHWARTZ, Appellant, v. TITLE GUARANTEE AND TRUST COMPANY, Respondent.— Order granting the defendant's motion to dismiss the complaint for failure to prosecute and order denying plaintiff's motion to restore the case to the trial calendar reversed on the facts, with ten dollars costs and disbursements, the motion to dismiss denied and the motion to restore granted, without costs; case restored to calendar and to be brought on for trial during the January, 1939, term on five days' notice. Under the facts and circumstances peculiar to this case, we are of opinion that the plaintiff is entitled to a trial. Lazansky, P. J., Davis, Adel, Taylor and Close, JJ., concur.